WILLIAM B. CRAGIN, JR.,

*v.*

MAYSIE BRUCE CRAGIN.

[Argued March 11th, 1912.    Decided March 12th, 1912.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Emery, made in a divorce proceeding, providing for the custody of an infant child of the parties.

*Mr. Malcolm G. Buchanan,* for the appellant.

*Mr. Edward A. Day,* for the respondent.

The opinion of the court was delivered by

GUMMERE, CHIEF-JUSTICE.

The order appealed from is attacked upon the ground that, in making it, the court was not acting for the best interests of the child. We find that the contrary is the fact.

The order under review will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, VREDENBURGH, CONGDON, WHITE, TREACY—12.

*For reversal*—None.